IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC SOTO** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-2173** |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.** | : | |
| **Defendants.** | : | |

**ORDER**

This 8th day of October, 2015, upon consideration of Defendant the City of Philadelphia's Motion for Leave to File an Amended Answer to Plaintiff's Complaint, Defendant City of Philadelphia's Motion for Summary Judgment, and the parties briefing of these motions, it is **ORDERED** that, for the reasons stated in the foregoing Memorandum:

1. Defendant the City of Philadelphia's Motion for Leave to File an Amended Answer to Plaintiff's Complaint is **GRANTED**; and

2. Defendant City of Philadelphia's Motion for Summary Judgment is **GRANTED.**

All of Plaintiff's claims against all Defendants are **DISMISSED** with prejudice.  The Clerk of Court shall mark this case closed for statistical purposes.

      /s/ Gerald Austin McHugh
United States District Court Judge